# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER SANDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. MARSHALL,<br><br>　　　　Respondent. | Case No. EDCV 20-00885-JVS (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING A CERTIFICATE OF APPEALABLITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to that Report.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the Report and adopts it as its own findings and conclusions.

　　　　Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore,

a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the Petition is dismissed without prejudice.

DATED: January 07, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE