JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER SANDERS,<br><br>Petitioner,<br><br>v.<br><br>G. MARSHALL,<br><br>Respondent. | Case No. EDCV 20-00885-JVS (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 07, 2021

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE